UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY PRO SE OFFICE

2021 DEC -9 PM 2: 50

___Wilfred Labossiere_____

_____

_____

(In the space above enter the full names(s) of the plaintiff(s).)

**21 CV 10541**

-against-

___Montefiore Hospital;(.Mount Vernon); St Lukes (New Burg)___
___Downstate Correctional Facility (Fishkill)___
___John Doe (officer), John Doe (Nurse), John doe(Doctor)___
___Jane Doe ( officer, Jane dce ( Nurse) , Jane doe (doctor)___
_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial ☒ Yes ☐ No
(Check one)

(In the space above enter the full name(s) of the defendant(s). If you
Cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Address should be included here)

I.     Parties in this Complaint

A.     List your name, identification number, and the name and address of your current place of
       confinement. Do the same for any additional plaintiffs named. Attach additional sheets
       of paper as necessary.

Plaintiff     Name   _Wilfred Labossiere_____
              ID#    _14A2683_____
              Current Institution   _Downstate Correctinal Facility;____
              Address   _121 Red Schoolhouse rd Fishkill New York 12524_
              _____

B.     List all defendants' names. Positions, places of employment, and the address where each
       defendant  may  be served.  Make sure that the defendant(s)  listed below are identical to
       those contained  in  the above caption.  Attach additional  sheets of papers as necessary.

Defendant No. 1    Name  Montefiore Hospital _____ Shied # _____
                   Where Currently Employed _____
                   Address  Mount Vernon New York _____
                   _____

Defendant No. 2    Name  St Lukes Hospital _____ Shied # _____
                   Where Currently Employed _____
                   Address  New Burge New York _____
                   _____

Defendant No. 3    Name  Downstate Correctional Fac ____ Shied # _____
                   Where Currently Employed _____
                   Address Fishkill New York _____
                   _____

Defendant No. 4    Name  John Doe _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name  Jane Doe _____ Shied # _____
                   Where Currently Employed _____
                   Address _____
                   _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim. Do not cite any case or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your clam(s) occur? Montefiore Hospital
   St Lukes Hospital, Downstate correctional _____.

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
      Medical Departments _____.

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
      June-29-2019 to July-19-2019 _____
      _____.

D.    Facts:    See Attacted - Eighth Amendment rights violations over the course of June 29-1019 to July 19-2019. Deliberate indifference to the risk of my health and life. Was discharged from Hospital without properly observation after sergery which resulted in ER trip from Downstate Correctional Fac to St Lukes for catheter drain of blatter of 700cc of urine and three eninma flush while still shackled. After dishcharged back to Downstate Correctional I received two painful and toureureus cathater drains per day untill third day getting a perminate cathater installed which began to bleed and came out after a day causing pain and bleeding. Night nurse did not have the proper gloves to reinstall so I wait for next shift to reinstall new perminate cathater. I received inapproperate accusations and mal treatment over the course of days with a discharge from Downstate Correction Medical without doctors concent.

---- SEE ATTACTED FOR FULL DETAILS-----

*Please Excuse any Typo's*

**What happened to**

**Who did What?**

**Was anyone else involved?**

**Who else saw that?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Inproper healed sergical area resuling in loose skin at rectum causing pain when sitting, bleeding, and shower to clean area after bathroom use....

## IV.    Exhaustion of Administrative Remedies:

The Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any or Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _XX_    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Downstate Correctional Facility

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes XX          No _____     Do Not know _____

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all your claim(s)?

Yes _____     No XX          Do Not know _____

If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other facility correctional where your claim(s) arose?

Yes _____XX_____     No _____

If NO, did you file a grievance about the events described in this complaint, where did You file the grievance?

Yes _____     No _____

E.     If you did file a grievance, about the events described in this complaint, where did you file the Grievance?

At Downstate Correctional

    1.     Which claim(s) in this complaint did you grievance   All the complaint

    2.     What was the result, if any?     None

    3.     What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to The highest level of the grievance process.   Yes It was appealed to Albany.with

F.  If you did not file a grievance:

1.  If there are any reason why you did not file a grievance, state them here: _____

------------------

------------------

------------------

------------------

2.  If you did not file a grievance but informed any official of your claim, state who you in informed, when and how, and their response, if any: _____

Grivance Number DS- 5658-19

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _Monetary Compensation of $ 20,000,000/ $20 million_

It was Appealed to Albany

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, That you are seeking and basis for such amount). __Monetary Compensation of $10,000,000/__

$ 10 Million

VI.   **Previous lawsuit:**

On
these
claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __XX__

B.   If your nswer to A is yes, describe each lawsuit by answering questionings 1 through 7 below. (If there is more than one law suit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district, if state court, name the county) _____

3.   Docket or index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____   No _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____

On
other
claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No __XX__

D.   If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same format.)

1.   Parties to previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district, if state court, name the county) _____
_____

3.    Docket or index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____ No ___XX___

7.    What was the result of the case? (For example: Was the case dismissed? Was there
       Judgment in your favor? Was the case appealed? _____

       _____

       _____


I declare under penalty of perjury that the forgoing is true and correct.

Signed this __17__ day of __Nov__, 20 _21_.

Signature of Plaintiff _____

Inmate Number _____14A2685_____

Institution Address _121 Red Schoolhouse RD Fishkill NY 12524_


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.


I declare under penalty of perjury that on this _____day of _____, 20_____, I am
delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States
District Court for the Southern District of New York.


**Sworn to before me this**
_10th_ day of _November_ 20_21_
_T. Carmichael_
Notary Public

Signature of Plaintiff _____

JUANITA CARMICHAEL
Notary Public, State of New York
No. 01CA6122155
Qualified in Dutchess County
Commission Expires Feb. 07, 2025

Downstate Correctional Fac.lty                    Housing Unit : 4 - F - 7
Wilfred Labossiere 14A2683                         Program : 3 complex Law Lib

<u>Description of problem:</u> On July 4, 2019 at 4:30am my Permanent Cathiter came out of my Bladder Causing trauma to my urithra out my penis. The trauma and bleeding awoke me out of sleep. The night before July 3, 19, I told the 3 to 11pm Shift nurse "Tom" that I was having pain at my penis from the cathiter around 9 and 10 pm. His response to me was the pain is normal and rushed out the room before I could continue to explain the pain had increased. The Officer "Mc Mann" ( not sure of officer's spelling of name) interjected explaining that I may be attempting to show my Dick and would be considered disrespectful as I took repeated showers in the Isolation Room I was in throughout the afternoon. Disgusted and upset after the talk I called to speak to the Seargent. When Seargent Balucus (not sure of spelling of name) I explained to him after my Surgery on my rectum on June 29, 2019 I was rushed to the E.R the next morning June 30 as I was unable to pee. At the E.R at St. Lukes hospital in New Berg while in a Camera Supervised Isolation room with one male officer (Coto) in the room and another officer at the door, still in handcuffs and Leg restraints the E.R staff pulled my pants down and performed a straight Cathiter drain of my bladder producing 700 cc of urian ( more then two times the normal limit) after returning to Downstate Correctional Fac.lty hospital I was returned to Isolation Room 3 where I had Two painful straight cathiter drains of my bladder a day avenging 600cc's. These drains were performed by both male and female Medical staff with male and female officer's in full view of my private parts. This Six times before a permicte Cathiter was installed, now to be accused of Some sort of Sexual harrasment is not only insulting it makes no sense with all the trauma I've been through after Surgery. Seargent Explain he's been around and understands in the three Years at Downstate I've never had any major issues let alone Sexual harrasment Further he had no control over what people will or will not do. Soon after we spoke I fell a sleep due to the meds, pain killers and time of day. When the pain awoke me at 4:30am I called for help as I was bleeding. A male nurse with an

nurse officer appeared, the nurse proceeded to get a replacement catheter and pain killers pill, I noticed he did not have any sterile gloves and the catheter kit was open, I questioned him regarding using sterile equipment and he explained he did not have the right size. So I told him I will not allow exposer to bladder infection he told me I must wait for the next shift.

At roughly 7 to 9am that morning a male physician Assistant of Asian decent installed a replacement Catheter with sterile equipment as we spoke of my younger sister whom is also a physician Assistant at a manhatten hospital.

My time at Downstate Correctional's hospital was from 6-28-19 to 7-14-19 with the exception of Surgery date and Emergence Room visit at ST Lukes. The AC never worked both medical staff and officers tried to get maitnance to check it but no one ever came. I had to sit in excessive heat and repeatedly take showers to keep the surgical area clean from irritation from sweat.

On my last day 7-14-19 a Sunday Officer Cook came to my Room at 3:30 pm, 30 min after officer Mc Mann (excuse spelling) began her shift with a different Seargent from the night of July 3. Officer Cook told me I was being discharged, this confused me as I was told by the morning shift I would see Dr Beshim in my room the next morning. I followed the officers orders and returned to my cell at 4 complex F Block 7 cell. When I arrived at F Block, Block officer Brown was shocked and explained she had no notice of my return from the hospital. I told her I needed my evening meds and evening meal. She did what she could to get me care. Officer Cook took me back to the hospital at 7 pm that day, took my Id to the back and returned to the front holding cell telling me "there are no meds for you." When Officer Mc Mann (excuse spelling) walk to a seperate area of the hospital nurse "Tom" appeared sneaking to hand me two pill bottles with my meds and told me "Good LUCK"!

The next morning 7-15-19, I was being seen by my primary Physician Assistan Miss Yomi, I was explaining all that took place at the Downstate hospital and She was Shock, She explained that no one told her I was there. Upset She log into the Computer file

3 of 3

realized an issue staiting how are there notes from Dr Benhin logged into your file for 7-15-19 Just after 9am when your here with me, You was discharged without dotors Concent. PA Yemi told me she's going to tell her boss as after such issues in the hospital I Should see the original Surgen ASAP and the notes in the Computer log was misleeding. PA Yemi Continued for days to locate notes and explain the Should be in the hospital notes. Yemi was able to get a visit arranged with the Surgen at Fishkill Correction's hospital on 7-19-19 of which Dr Reter explain he was not aware of my ER trobles after Surgery and that recovery would be 12 weeks only after is trouble Continues revisit, there for visit as needed.

With the submission of this Grievance any transfers, disiplary, or advers action will be Conidered retaliation.

action taid

<u>Action Requested By Inmate</u>; This Surgery was Schedual weeks in advance and the Performance of medical staff and Security Created undue and unnecessary Suffering, Deliberate ind,iffirance, making medical Decisions based on non-medical Factors, disregard of an excessive risk to my health is clear of Violations to my Patian care rights, New York Corrections Laws and Constitution al rights. All Such actions must be held accountable as Such, Any Transfer, Disiplary, or advers action will be Considered retaliaton


DOWNSTATE C.F.
GRIEVANCE
JUL 2 2 2019
RECEIVED

Labossiere
2683
te Correctional Fac

school house RD

II NY 12524

RECEIVED
SDNY PRO SE OFFICE
2021 DEC -9 PM 2:

CORRECTIONAL
FACILITY

CORRECTIONAL FACILITY

12/08/2021
US POSTAGE $0

041M



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE.

CERTIFIED MAIL®

7020 0640 0000 2040 3114
7020 0640 0000 2040 3114

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Sent To U.S. District Court
Street and Apt. No. PO Box Street
500 Pearl Street
City, State, New York New York 10007

14A2683
Labossiere. Wilfred

USMP3
SDNY

U S District Court

Southern District of New York

500 Pearl Street

New York New York 10007

RECEIVED
DEC 08 2021
CLERK'S OFFICE
S.D.N.Y.

Pro Se  WR