UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WILFRED LABOSSIERE,

                              Plaintiff,

          - against -

MONTEFIORE HOSPITAL (MOUNT VERNON)
*et al*.,

                              Defendants.

-------------------------------------------------------------x

**ORDER**

No. 21-CV-10541 (CS)

          It appears from ECF No. 37 that the U.S. Marshals attempted to serve Defendant Officer

Brian Coto at Downstate Correctional Facility in Fishkill, New York.  According to Defendants'

letter located at ECF No. 38, however, Officer Coto now works at Fishkill Correctional Facility.

The Marshals are therefore directed to serve him at Fishkill Correctional Facility, located at 18

Strack Drive, Beacon, New York, 12508, and the Clerk of Court is directed to provide a copy of

this Order to the Marshals.

**SO ORDERED.**

Dated: December 15, 2022
          White Plains, New York

_____
          CATHY SEIBEL, U.S.D.J.