UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFRED LABOSSIERE,

                              Plaintiff,

              -against-                                    21-CV-10541 (CS)

MONTEFIORE (MOUNT VERNON) POST                            ORDER OF SERVICE
SURGERY STAFF JOHN/JANE DOE 6/28/19,
*et al.*,

                              Defendants.

CATHY SEIBEL, United States District Judge:

On July 29, 2025, the Court granted summary judgment on behalf of Defendant Jacob

Schupak and granted Plaintiff leave to amend his complaint to add Leonie McDonald, who the

parties agreed to be the correct defendant in the instant action.  (*See* Minute Entry dated July 29,

2025.)  The Court also directed Defendants' counsel to provide the service address for

McDonald, (*id.*), and counsel filed a letter supplying this information on September 11, 2025,

(ECF No. 117).  Plaintiff, who is now represented by counsel, (*see* ECF No. 123), filed the Fifth

Amended Complaint on November 23, 2025, (ECF No. 129).

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on

assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1]

*Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The

_____

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP
and could not have effected service until the Court reviewed the complaint and ordered that any
summonses be issued. The Court therefore extends the time to serve until 90 days after the date
that any summonses issue.

officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3)

(the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on McDonald, the Clerk of Court is instructed to fill

out the USMS Process Receipt and Return form ("USM-285 forms") for her. The Clerk of Court

is further instructed to issue a summons and deliver to the USMS all the paperwork necessary for

the USMS to effect service upon McDonald.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant McDonald, complete

the USM-285 form with her address, and deliver all documents necessary to effect service to the

U.S. Marshals Service.

**SO ORDERED.**

Dated:  November 24, 2025
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

**DEFENDANT AND SERVICE ADDRESS**

1. Leonie McDonald
   Counsel's Office
   New York State Department of Corrections & Community Supervision
   1220 Washington Avenue, Building 4
   Albany, New York 12226