UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
WILFRED LABOSSIERE,                     :

                Plaintiff,          :

     -against-                          :

LEONIE MCDONALD,                        :

           Defendants.          :
-----------------------------------------------------X

21-CV-10541 (CS)

**ORDER AUTHORIZING THE
DEPOSITION OF AN
INCARCERATED INDIVIDUAL**

     **IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of Plaintiff WILFRED LABOSSIERE (DIN No. 14A2683), before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

     Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

Dated: June  6  , 2026
       White Plains, New York

                         SO ORDERED.

                         _Cathy Seibel_

                         _____
                         Hon. Cathy Seibel
                         United States District Judge